**Tommy Q. CURRY, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2010–3166.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2010.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Nancy Melendez CAMILO, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2010–5069.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2010.

Michael D.J. Eisenberg, Washington, DC, for Plaintiff–Appellant.

Jessica R. Toplin, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.